■ HERBERT BLUMENTHAL, Respondent, v. MEADOW BROOK NATIONAL BANK OF FREEPORT et al., Defendants. MEADOW BROOK NATIONAL BANK OF FREEPORT, Interpleading Plaintiff-Respondent, v. DOROTHY TOLINS, Interpleaded Defendant, and STANLEY H. WHYTE, Appellant.— In an action to compel defendants to issue to plaintiff certain shares of stock allegedly purchased from Dorothy Tolins, the defendant bank interpleaded Dorothy Tolins and Stanley H. Whyte. The latter in his answer and counterclaim sought the same relief as did plaintiff with respect to the same shares of stock on the basis of a previous assignment from Dorothy Tolins. The interpleaded defendant Whyte appeals from an order of the Supreme Court, Nassau County, entered February 18, 1960, denying his motion, made more than three years after joinder of issue, to dismiss the complaint for failure to prosecute, pursuant to section 181 of the Civil Practice Act and rule 156 of the Rules of Civil Practice. Order affirmed, without costs. No opinion. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ DUNCAN J. CHISHOLM, Plaintiff, v. ABE STENGEL et al., Defendants, and Third-Party Plaintiffs-Respondents. MILSHIRE SERVICE CENTER, INC., Third-Party Defendant-Appellant.— In an action against the owner (defendant Rappaport) and operator (defendant Stengel) of an automobile to recover damages for personal injuries, in which said defendants served a third-party complaint on the corporate owner of a service station, alleging that it had made improper repairs to the brakes of the automobile of defendant Rappaport, the third-party corporate defendant appeals from an order of the Supreme Court, Nassau County, dated January 4, 1960, denying its motion to dismiss the third-party complaint for insufficiency on its face (Rules Civ. Prac., rule 106). Order affirmed, without costs. The issues raised by the pleadings should be resolved after a trial. Nolan, P. J., Beldock, Ughetta and Christ, JJ., concur; Kleinfeld, J., not voting.